# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| CHRISTOPHER FALZONE<br>*Plaintiff* | ) | |
| v. | ) | Case No. 5:26-cv-780 |
| AT&T MOBILITY, LLC<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Falzone .

Date: 10/07/2026

/s/ M. Janelle Lyons
*Attorney's signature*

M. Janelle Lyons (N.C. Bar Number 35421)
*Printed name and bar number*

SPITZ, THE EMPLOYEE'S LAW FIRM
6135 Park South Drive
Suite 590
Charlotte, NC 28210
*Address*

janelle.lyons@spitzlawfirm.com
*E-mail address*

(980) 301-0755
*Telephone number*

(212) 291-5744
*FAX number*