EXHIBIT A

AT&T

# MANAGEMENT ARBITRATION AGREEMENT

*Please carefully review this Management Arbitration Agreement*

You and the AT&T company that employs you ("the Company") mutually agree to final and binding arbitration (except as provided below) of all claims (common law or statutory) that the Company might have against you, or that you might have against (1) the Company, (2) the Company's parent, subsidiary and affiliated entities, (3) the directors, employees, or agents of any of those companies (in their official capacity or otherwise), and (4) the successors and assigns of any of them. Arbitration is more informal than a lawsuit in court and may be faster. You and the Company waive the right to have a court or jury trial on any claim covered by this Agreement. If your employment with the Company ends for any reason, this Agreement will still remain in effect.

**How This Agreement Applies**

This Agreement applies to a resolution of disputes that otherwise would be resolved in a court, including disputes over how to interpret or apply this Agreement. It does not apply to disputes over whether any part of this Agreement is enforceable, recoverable, or valid, which only a court can decide.

This Agreement does not cover:

1. a case that a court determines is related to a sexual assault or a sexual harassment dispute, as defined in the Federal Arbitration Act;
2. claims for workers compensation, state disability insurance and unemployment insurance benefits;
3. claims arising under the Employee Retirement Income Security Act; or
4. disputes that (after application of Federal Arbitration Act principles) may not be subject to a pre-dispute arbitration agreement.

You can still file or recover on a charge or complaint filed with any federal, state or local government or law enforcement agency, including, but not limited to, the Equal Employment Opportunity Commission, the National Labor Relations Board, the Department of Labor, or the Office of Federal Contract Compliance Programs. You also can still communicate with those agencies. If the law requires you to file a charge or complaint with those agencies before you can bring a claim in court or arbitration, this Agreement does not excuse you from your obligation to do so. This Agreement also does not replace the internal dispute resolution procedures under any applicable employee benefit or pension plan.

**To the maximum extent permitted by law, arbitration will be on an individual basis only, meaning you may only bring claims for yourself as an individual. You can waive any right to bring, participate in, or recover through any class, collective, or representative action.**

Equal Opportunity Employer. © 2023 AT&T Intellectual Property. All Rights reserved.
AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.

**Governing Rules and Procedures**
The Federal Arbitration Act governs this agreement.

The Company is responsible for paying the fees and costs of the Arbitrator, but if you initiate the arbitration, you must contribute an amount equal to the filing fee you would have paid if you had filed the claim in court in the state in which you are (or were last) employed by the Company. The arbitration will take place in the same county where you are (or were last) employed for the Company unless you and the Company agree to a different location.

A party may file in court for temporary or permanent injunctive relief in connection with the arbitration if any award to which that party would be entitled would be ineffectual without that preliminary relief.

The JAMS Employment Arbitration Rules & Procedures, and no other JAMS rules, will apply. The Rules are available at http://www.jamsadr.com or from the Company upon request.

In arbitration, each party can take depositions of up to three fact witnesses and any expert witness designed by another party and make one request for production of documents to any other party. The Arbitrator may allow additional discovery if the party seeking it shows that it is necessary.

The Arbitrator will apply the Federal Rules of Civil Procedure to motions, the Federal Rules of Evidence to the arbitration hearing, and the substantive law (and the law of remedies, if applicable) of the state in which the claim arose, or federal law, or both, as applicable, to the determination of the claims. Either party has the right to file a dispositive motion.

Each party is responsible for its own attorney's fees and costs. if a party wins on a claim that allows recovery of Attorney's fees and costs, the Arbitrator will apply the same standards to any motion to recover those fees and costs that would apply in court for that claim

**Non-Retaliation**
The Company forbids retaliation against you for exercising your right to assert claims under this Agreement. If you believe that you have been retaliated against by anyone at the Company, you should immediately report this to the AT&T Hotline at 1-888-871-2622, or go to: **MYComplianceReport.com: Compliance and Ethics**

**Severability**
If any provision or provisions of this Agreement are determined to be void or otherwise unenforceable (in whole or in part) all other provisions of the Agreement will remain in full force and effect.

**Right to Discuss with Private Legal Counsel**
You acknowledge that you have been given the opportunity to discuss this Agreement with your private legal counsel and have taken that opportunity, if you wish to do so.

Equal Opportunity Employer. © 2023 AT&T Intellectual Property. All Rights reserved.
AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.