**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**CIVIL ACTION NO. 5:26-cv-00780-BO-BM**

| | |
|---|---|
| **CHRISTOPHER FALZONE,**<br><br>Plaintiff,<br><br>v.<br><br>**AT&T MOBILITY LLC,**<br><br>Defendant. | **[PROPOSED]**<br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION** |

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings Pending Arbitration. For good cause shown, the Motion is GRANTED, and this action is hereby STAYED pending completion of arbitration. Plaintiff shall submit his claims to arbitration within sixty (60) days of the entry of this Order, should he wish to pursue them, and Defendant shall not be required to file an answer or other responsive pleading in this matter while the stay remains in effect.

SO ORDERED, this the ___ day of __________, 2026.

______________________________
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE